UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

LARRY D. OATES,

      Plaintiff,

-against-

DAVID L. DARWIN, County Attorney;
DAVID JOLLY, Commissioner of Social Services,

      Defendants.
--------------------------------------------------------X

CIVIL

JUDGMENT

07 Civ. 11551 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/17/08

On December 26, 2007, the Court granted plaintiff sixty (60) days to file an amended complaint. As plaintiff has failed to submit the amended complaint as specified it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

**SO ORDERED.**

                                                KIMBA M. WOOD
                                                Chief Judge

Dated: MAR 17 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 3/19/08